UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA MURPHY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:10-CV-1341 (CEJ) ) |
| ALLIED DATA CORP., | ) ) |
| Defendant. | ) |

## ORDER

In accordance with plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal with prejudice of this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2010.